* 452 A.2d 44

Commonwealth v. Abood, Appellant.

Submitted June 22, 1982. Robert T. Gownley, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, Sr., District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed. The jurisdiction of the Superior Court of Pennsylvania is relinquished and the lower court is directed to enforce its sentence.